# EXHIBIT A

# Detailed History for Police Inc# #HE160250010 As of 2/03/2016 07:14:30

Output for: D8567

Priority:E Type:212.5 - RES ROBBERY J/O
Location:8831 ELEVENTH AVE,HES
LocCross:btwn LIME ST and SULTANA ST
Map:4476 7B

| Created: | 01/25/2016 04:12:11 | DC45 | G3599 |
| Entered: | 01/25/2016 04:13:21 | DC45 | G3599 |
| Dispatch: | 01/25/2016 04:14:39 | DC09 | D3799 |
| Enroute: | 01/25/2016 04:14:39 | DC09 | D3799 |
| Onscene: | 01/25/2016 04:23:03 | DC09 | D3799 |
| Control: | 01/25/2016 05:27:02 | MAPX02 | B7126 |
| Closed: | 01/26/2016 01:33:23 | DC05 | F5193 |

IC: PrimeUnit:60H9 Dispo:RTF Type:212.5 - RES ROBBERY J/O
Jur:HE Group:HE Squad Area:HE3 RptDist:HE312
Case #:HER1600589  ☐ Detail

---

| Time | Event | Detail |
|---|---|---|
| 04:12:11 | CREATE | Location:8831 ELEVENTH AVE,HES Type:UNKPRO Phone:760/552-1861 Source:WPH2 Group:HE RD:HE312 TypeDesc:UNK PROBLEM LocCross:btwn LIME ST and SULTANA ST Priority:1 Response:1PAT Jur:HE Map:4476 7B LocType:S |
| 04:12:11 | ALI | E911Phne:909/511-1331 E911Pilot:909/511-1331 E911Srce:WPH2 Tower:TMOB |
| 04:12:41 | ALI | E911Phne:760/552-1861 E911Pilot:909/511-1331 E911Add:9430 11TH,HES E911Subs:T-MOBILE (877) 653-7911 E911Srce:WPH2 Tower:TMOB AliLong:-117.340164 AliLatitude:34.41570200 Uncertainty:141 Confidence:90 |
| 04:12:41 | ALIGEO | GeoLong:-117.340164 GeoLat:34.41570200 ClosestAdd:14809 POPLAR ClosestInt:POPLAR / COTTONWOOD InterDesc:674 ft SW Area1:HE307 |
| 04:13:21 | ENTRY | Text:RP STS SOMEONE TRYING TO BRK INTO RESD AND ST'G SOMEONE IS BEATHING HER DAD W/ A BAT |
| 04:13:21 | -PREMIS | Text:CE, PPR |
| 04:13:27 | INFO | Text:RP STS IT IS HER EX |
| 04:13:31 | PRIOR | Location:8831 ELEVENTH AVE,HES PremType:PPR |
| 04:13:32 | PRMISE | Location:8831 ELEVENTH AVE,HES PremType:CE |
| 04:13:51 | INFO | Text:RP STS HE BROKE THE GLASS DOOR |
| 04:14:07 | MISC | Text:AIRED 1DTAC2 |
| 04:14:14 | INFO | Text:RP STS EX IS IN THE KITCHEN |
| 04:14:27 | PRIOR | Location:8831 ELEVENTH AVE,HES PremType:PPR |
| 04:14:31 | LOGM | Message:041601251214003696 MessageType:HTML Received:01/25/2016 04:14:28 Text:CHL |
| 04:14:33 | PRMISE | Location:8831 ELEVENTH AVE,HES PremType:CE |
| 04:14:39 | DISPER | 18R11 Operator:D3404 OperNames:WATSON,KENT,AP Text:18S4 COPIED |
| 04:14:39 | -PRIU | 18R11 |
| 04:14:41 | LOGM | Message:041601251214003697 MessageType:HTML Received:01/25/2016 04:14:34 Text:CE INFO |
| 04:14:43 | *ASSIST | 18P13 CalSgn:18R11 Operator:F5710 OperNames:WILT,SPENCER,AP |
| 04:14:45 | ASSIST | 18P11 CalSgn:18R11 Operator:D2490 OperNames:CROSSWHITE,CHRISTOPHER,AP |
| 04:14:53 | *ASSIST | 18R12 CalSgn:18R11 Operator:F5102 OperNames:FLORES,JONATHAN,ADC |
| 04:15:07 | CHANGE | |
| 04:15:07 | SUBJ | S#:1 Name:SCHENCK, STEPHEN |
| 04:15:07 | MISC | 18R11 Text:CODE FROM STN, 18S4 COPIED |
| 04:15:08 | RFT | Name:SCHENCK ,STEPHEN Repeat:Yes |

CONFIDENTIAL DOCUMENT    COSB 000009

| Time | Type | Content |
|---|---|---|
| 04:15:12 | PRMISE | Location:8831 ELEVENTH AVE,HES PremType:CE |
| 04:15:17 | INFO | Text:415 IN BACKGROUND |
| 04:15:22 | INFO | Text:RP NOT ASNWERING QUESTIONS |
| 04:15:31 | MISC | 18R12 Text:CODE FROM BV/JESS RANCH |
| 04:15:50 | INFO | Text:RP DOES NOT KNOW WHERE EX IS |
| 04:15:59 | ASSIST | 18P14 CalSgn:18R12 Operator:B7126 OperNames:WETMORE,JEFFREY,VC |
| 04:15:59 | RFT | Text:INQUIRY SNS,SCHENCK,STEPHEN,,M,08221968,,,,X,X,X,X,,,,,,,,, |
| 04:16:07 | INFO | Text:NO ONE ANSWERING CI |
| 04:16:14 | INFO | Text:RP NOW SY'G THERE 4 PEOPLE |
| 04:16:24 | INFO | Text:RP ST'G THEY'RE STEALKING A BIKE |
| 04:16:32 | LOGM | Message:041601251216003707 MessageType:Text Received:01/25/2016 04:16:02 Text:SCHENCK EXPIRED/SURRENDERED CDL |
| 04:16:42 | INFO | Text:RP ST'G THEY'RE STEALING HER DAD BIKE |
| 04:16:48 | INFO | Text:RP ST'G EX HAS STARTED THE BIKE |
| 04:16:52 | INFO | Text:WILL BE A HARLEY BIKE |
| 04:17:05 | CHANGE | Text:RP STS |
| 04:17:05 | SUBJ | S#:1 Name:SCHENCK, STEPHEN Misc:LSW ALL BLACK |
| 04:17:05 | RFT | Name:SCHENCK ,STEPHEN Repeat:Yes |
| 04:17:25 | INFO | Text:RP ST'G OVER 3 PEOPLE ENTERD A BLU GMC PK |
| 04:17:30 | INFO | Text:RP STS DAD NEEDS MEDS |
| 04:17:45 | MISC | Text:MEDS ADVD |
| 04:17:49 | PRIOR | Location:8831 ELEVENTH AVE,HES PremType:PPR |
| 04:17:49 | INFO | Text:RP STS EX AND PK WENT DOWN ELEVENTH TWDS MAIN |
| 04:17:52 | LOGM | Message:041601251217003712 MessageType:Text Received:01/25/2016 04:17:39 Text:SCHENCK NV DL |
| 04:18:14 | CHANGE | Inf/Name:None-->ALBINI, ANTOINETTE RPCont:None-->Yes |
| 04:18:27 | INFO | Text:RP STS HER DAD IS BLEEDING ALL OVER |
| 04:18:30 | RFT | Text:INQUIRY QL,8C23695,,,,,,,,,,, |
| 04:18:48 | LOGM | Message:041601251218003715 MessageType:Text Received:01/25/2016 04:18:33 Text:GMC PLT RETURN FROM PREVIOUS CALL / 8C23695 ** |
| 04:19:07 | INFO | Text:RP BEING UNCOPERATIVE W/ CI |
| 04:19:14 | RFT | Text:INQUIRY SNS,MITCHELL,WILLIAM,,M,09031952,,,,X,X,X,X,,,,,,,,, |
| 04:19:28 | LOGM | Message:041601251219003723 MessageType:Text Received:01/25/2016 04:19:16 Text:MITCHELL VALID CDL |
| 04:19:33 | INFO | Text:RP ST'G SOMETHING ABOUT A FIRE |
| 04:19:54 | INFO | Text:RP NOW ST'G BIG RIG TRUCKS ON FIRE |
| 04:20:12 | INFO | Text:RP UNCOOP |
| 04:20:18 | INFO | Text:OPENLINE |
| 04:20:35 | INFO | Text:OPENLINE, NOTHING HEARD |
| 04:20:35 | LOGM | Message:041601251220003724 MessageType:Text Received:01/25/2016 04:19:39 Text:MITCHELL 32M/LASD |
| 04:20:38 | PRIOR | Location:8831 ELEVENTH AVE,HES PremType:PPR |
| 04:20:48 | INFO | Text:RP STS SUBJS ARE COMING BACK |
| 04:20:58 | INFO | Text:RP STS THEY ARE BACK AT LOC |
| 04:21:18 | INFO | Text:RP JUST YELLING THEY'RE BACK |
| 04:21:21 | INFO | Location:8821 ELEVENTH AVE,HES Phone:442/600-1941 LocCross:btwn LIME ST and SULTANA ST Text:RP CALLING REF THE NEIGHBORS SCREAMING |
| 04:21:21 | ALI | E911Phne:442/600-1941 E911Pilot:909/511-2460 E911Add:15162 MAIN,HES E911Subs:SPRINT 866-398-3284 E911Srce:W911 Tower:SPPC AliLong:-117.321367 AliLatitude:34.42650700 Uncertainty:872 Confidence:0 |
| 04:21:21 | ALIGEO | GeoLong:-117.321367 GeoLat:34.42650700 ClosestAdd:15638 JUNIPER ClosestInt:JUNIPER / NINTH InterDesc:444 ft W Area1:HE129 |
| 04:21:25 | INFO | Text:OPENLINE |
| 04:21:34 | INFO | Text:RP HEARD SY'G 'WHERES THE BAT' |
| 04:21:49 | INFO | Text:RP ST'G THEY'RE STEALING THE BIG RIG |

CONFIDENTIAL DOCUMENT    COSB 000010

| Time | Type | Details |
|---|---|---|
| 04:21:55 | INFO | Text:RP YELLING IN BACKGROUND |
| 04:21:58 | *ASSIST | 18S4 CalSgn:18P14 Operator:G2673 OperNames:GRIFFITH,MATTHEW,AP |
| 04:22:05 | INFO | Text:YELLING IN BACKGROUND |
| 04:22:17 | INFO | Text:415 IN BACKGROUND |
| 04:22:37 | INFO | Text:RP STS BIG RIG IS YEL IN COLOR |
| 04:23:02 | INFO | Text:RP YELLING 'THEY'RE GOING TO KILL US' |
| 04:23:03 | ONSCN | 18P14 18R12 |
| 04:23:11 | MISC | 18P14 Text:33 CALLED BY DISPATCH |
| 04:23:14 | INFO | Text:YELLING IN BACKGROUND |
| 04:23:19 | MISC | Text:FIRE STAGING |
| 04:23:28 | INFO | Text:415 HEARD IN BACKGROUND |
| 04:23:35 | INFO | Text:FEM HEARD YELLING 'HE'S IN THE BACK' |
| 04:23:58 | CHANGE | Group:HE-->APC Jur:HE-->AP |
| 04:24:15 | MISC | 18P14 Text:ONE RUNNING |
| 04:24:32 | MISC | 18P13 Text:CODE FROM EUCALUYTUS/HESPERIA |
| 04:24:59 | MISC | 18P14 Text:NB THROUGH THE BACK ABOUT 2 HOUSES NORTH OF US |
| 04:25:12 | NOMORE | |
| 04:25:46 | MISC | 18P14 Text:SHE ALSO ADVD A BLU P/U TRUCK NB ON OUR WAY IN |
| 04:26:00 | ONSCN | 18R11 Text:THE AREA |
| 04:26:31 | MISC | 18R12 Text:WE ARE A COUPLE HOUSES DOWN |
| 04:27:21 | MISC | 18R11 Text:THEY ARE ABOUT A 1/4 MILE S/O SULTANA |
| 04:28:17 | *ONSCN | 18P13 |
| 04:28:17 | *ONSCN | 18P13 |
| 04:28:43 | PRMISE | Location:8831 ELEVENTH AVE,HES PremType:CE |
| 04:29:14 | MISC | 18P14 Text:FIRE TO INC LOC, GIVE VC A HEAD UP ON BLU P/U POSS AT THE GREENTREE INN |
| 04:30:30 | *CLEAR | 18S4 |
| 04:30:38 | CLEAR | 18P11 |
| 04:30:59 | MISC | 18R12 Text:SEE IF 40K IS AVAIL |
| 04:31:40 | MISC | Text:17S3 COPIES |
| 04:31:59 | ASSIST | 17P13 CalSgn:18P13 Operator:F2746 OperNames:DOMON,OWENN,VC |
| 04:32:03 | RFT | 18P14 Text:INQUIRY SNS,SHANK,STEPHEN,,M,08/22/1968,,,,X,X,X,X,,,,,,, |
| 04:32:07 | CHGLOC | 17P13 Location:GREENTREEN INN |
| 04:32:44 | *ONSCN | 17P13 |
| 04:33:02 | *ASSIST | 17P12 CalSgn:17P13 Location:GREENTREEN INN Operator:E2997 OperNames:PENNINGTON,ALAN,VV |
| 04:33:03 | *ASSIST | 17R15 CalSgn:17P12 Location:GREENTREEN INN Operator:F5698 OperNames:GRIFFIN,AARON,VC |
| 04:34:06 | MISC | 18P14 Text:WILL POSS BE AT THE FAIRWAY MANOR #150, IN THE BACK CORNER |
| 04:35:17 | MISC | 18P14 Text:FIRE 97 |
| 04:35:47 | *ONSCN | 17R15 |
| 04:36:20 | *ONSCN | 17P12 |
| 04:36:38 | CLOS | 18R12 Location:NEXT TO THE OPEN FIELD Text:WE HAVE HIM BACK HERE AND HES NOT SHOWING HIS HANDS, SUBJ UNDER A SCHOOL BUS AND REFUSING TO COME OUT |
| 04:37:05 | MISC | 18R12 Text:ONE RESISTING |
| 04:38:06 | MISC | 18P13 Text:STILL RESISTING, 18S4 COPIED |
| 04:38:12 | MISC | 18R12 Text:ONE DETAINED |
| 04:39:27 | *CLEAR | 17R15 |
| 04:40:40 | MISC | 17P12 Text:ANY OTHER OUTSTANDING |
| 04:41:01 | MISC | 18P14 Text:THERE WILL BE 2 MORE OUTSTANDING, ONE WILL BE A SHAWNA WAITING FOR HER INFO |
| 04:41:40 | *ASSIST | 18S4 CalSgn:18P14 Operator:G2673 OperNames:GRIFFITH,MATTHEW,AP |
| 04:42:03 | MISC | 18P13 Text:WILL NEED MEDICAL TO 8899 2 BLOCKS N/O LOC, WILL BE IN THE BACKYARD |

CONFIDENTIAL DOCUMENT                               COSB 000011

| Time | Type | Detail |
|---|---|---|
| 04:42:16 | MISC | 18P14 Text:WILL SEND FIRE TO YOU |
| 04:42:45 | *MISC | 17P12 Text:MATCHING TRUCKS AT GREEN TREE |
| 04:42:56 | *MISC | 17P12 Text:NEGATIVE |
| 04:44:53 | XREF | Service:P Inc#:#VC160220311 Type:415 Jur:VC |
| 04:46:02 | PRMISE | Location:8831 ELEVENTH AVE,HES PremType:CE |
| 04:46:09 | PRIOR | Location:8831 ELEVENTH AVE,HES PremType:PPR |
| 04:46:35 | MISC | 18P14 Text:WHO DO YOU HAVE INCUST |
| 04:47:20 | MISC | 18R12 Text:HES NOT GIVING IDENTITY |
| 04:47:29 | MISC | 18P14 Text:DOES HE HAVE INJ TO HIS HAND |
| 04:47:52 | MISC | 18R12 Text:HES STILL WITH FIRE, WILL ADVD WHEN FIRE IS DONE WITH HIM |
| 04:51:43 | MISC | 18R11 Text:CPR IN PROGRESS ON SUSP |
| 05:00:22 | *RFT | 17P12 Text:INQUIRY SNS,KUNC,MICHELLE,,F,01121967,,,,X,X,X,X,,,,,,,, |
| 05:00:43 | LOGM | 17P12 Message:041601251300003802 MessageType:Text Received:01/25/2016 05:00:38 Text:CDL |
| 05:01:32 | *MISC | 17P12 Text:MICHELLE AND SISTER DELORES ONLY AT 150 . UNABLE TO PROVIDE INFO ON SUBJECTS |
| 05:02:35 | MISC | 18R11 Text:SUSP BEING TRANSPORTED TO DESERT VALLEY, I WILL BE FOLLOWING |
| 05:02:38 | ONSCN | 18S4 |
| 05:03:00 | *CLEAR | 17P12 |
| 05:03:04 | CHANGE | 18P14 Type:UNKPRO-->212.5 Priority:1-->E CAS:0035 TypeDesc:UNK PROBLEM-->RES ROBBERY J/O |
| 05:03:04 | CASE | 18P14 Case#:HER1600589 |
| 05:04:18 | MISC | 18R12 Text:8899 11TH IS WHERE THE SUSP WAS HIDING, SUSP WAS HIDING UNDERNEATH A SCHOOL BUS |
| 05:05:00 | *MISC | 17P13 Text:DID NOT LOCATE ANY SUBJECTS AT THE GREEN TREE INN RELATED TO THE CALL |
| 05:05:34 | *CLEAR | 17P13 |
| 05:11:52 | CLOS | 18R11 Location:DESERT VALLEY HOSP,VVC |
| 05:12:12 | CONTCT | 18R11 18P13 18P14 18R12 18S4 Contact:60 |
| 05:15:47 | MISC | 18P14 Text:33 LIFTED |
| 05:16:44 | MISC | Text:33 LIFTED DTAC |
| 05:27:02 | *OK | 18P14 |
| 05:29:09 | *CHGLOC | 18P13 Location:ST MARYS |
| 05:30:49 | MISC | 18S4 Text:18L HAS BEEN NOTIFIED |
| 05:33:06 | CLOS | 18P14 |
| 05:33:06 | PLATE | 18P14 Plate:WP65310 |
| 05:33:07 | RFT | 18P14 Plate:WP65310 / / /2016 |
| 05:33:07 | RFT | 18P14 Text:INQUIRY CADQ,,,,,,,,,,,,,WP65310,2016,,,,,,,, |
| 05:33:50 | LOGM | 18P14 Message:041601251333003845 MessageType:Text Received:01/25/2016 05:33:38 Text:PLT/06 FRHT |
| 05:36:41 | *MISC | 18S4 Text:ER CALLED 11-44 ON SUSPECT AT 0535 HOURS |
| 05:43:29 | ASSIST | 19S4 CalSgn:18R11 Location:DESERT VALLEY HOSP,VVC Operator:B5842 OperNames:CRAIG,KELLY,HE |
| 05:43:38 | MISC | 19S4 Text:COPIED CALL |
| 05:43:41 | CHGLOC | 19S4 |
| 05:47:24 | *ONSCN | 18P13 |
| 05:48:21 | *RFT | 18P14 Text:INQUIRY CADQ,,,,,,,,,,,,,22J2528,,,,,,,,,, |
| 05:48:23 | ASSIST | 19P21 CalSgn:18S4 Operator:F5124 OperNames:THURMAN,SHAWN,HE |
| 05:49:00 | *ONSCN | 19P21 |
| 05:49:11 | *ONSCN | 19S4 |
| 05:49:12 | MISC | 18S4 Text:HAVE VC SEND A COUPLE OF UNITS TO LOCK DOWN THE SCENE, AND HAVE ON CALL HOMICIDE TO 21 |
| 05:49:15 | XREF | Service:P Inc#:#CO160250006 Type:COR2 Jur:HE |
| 05:49:26 | CLOS | 18P14 |

CONFIDENTIAL DOCUMENT    COSB 000012

| Time | Type | Details |
|---|---|---|
| 05:49:26 | PLATE | 18P14 Plate:22J2528 |
| 05:49:27 | RFT | 18P14 Plate:22J2528 / / /2016 |
| 05:49:27 | RFT | 18P14 Text:INQUIRY CADQ,,,,,,,,,,,,,22J2528,2016,,,,,,,, |
| 05:49:38 | LOGM | 18P14 Message:041601251349003876 MessageType:Text Received:01/25/2016 05:49:29 Text:PLT/00 HD |
| 05:49:47 | ASSIST | 17P12 CalSgn:19P21 Operator:E2997 OperNames:PENNINGTON,ALAN,VV |
| 05:50:36 | MISC | Text:60S1, WARRICK, TO 21 18S4 |
| 05:52:07 | ASSIST | 19D6 CalSgn:18R11 Location:DESERT VALLEY HOSP,VVC Operator:B6980 OperNames:JONES,GREGORY,HE |
| 05:54:31 | CONTCT | 18R11 17P12 18P13 18P14 18R12 18S4 19D6 19P21 19S4 Contact:60 |
| 06:01:06 | *ONSCN | 17P12 |
| 06:01:31 | ASSIST | 17X4 CalSgn:17P12 Operator:C4462 OperNames:RAMOS,ALEJANDRO,VC |
| 06:03:35 | ASSIST | 17P21 CalSgn:17P12 Operator:F6022 OperNames:OLIVEROS,EDWARD,VC |
| 06:08:34 | ONSCN | 19D6 |
| 06:20:50 | *CHGLOC | 18R12 Location:AV-19 |
| 06:22:22 | *ONSCN | 17X4 |
| 06:24:50 | MISC | 17P12 Text:HESP WC RELEASED ALL VC UNITS |
| 06:24:52 | CLEAR | 17P12 |
| 06:24:53 | CLEAR | 17X4 |
| 06:24:55 | PRMPT | 17P21 |
| 06:34:53 | *MISC | 19S4 Text:MEDIA ONSCENE |
| 06:42:26 | *ONSCN | 18R12 |
| 06:43:29 | *ASSIST | 19P23 CalSgn:19P21 Operator:F5700 OperNames:LANE,JUSTIN,HE |
| 06:43:34 | *ONSCN | 19P23 |
| 06:52:43 | CONTCT | 18R11 18P13 18P14 18R12 18S4 19D6 19P21 19P23 19S4 Contact:60 |
| 06:54:03 | *RFT | 18P14 Text:INQUIRY SNS,MITCHELL,WILLIAM,,M,09031952,,,,X,X,X,X,,,,,,,,, |
| 06:54:36 | *RFT | 18P14 Text:INQUIRY SNS,VONK,NALONI,,F,01141977,,,,X,X,X,X,,,,,,,,, |
| 06:55:04 | *RFT | 18P14 Text:INQUIRY SNS,ALBINI,ANTOINETTE,,F,03291978,,,,X,X,X,X,,,,,,,,, |
| 06:55:46 | LOGM | 18P14 Message:041601251455003964 MessageType:Text Received:01/25/2016 06:55:01 Text:OUT OF COUNTY WARR/MITCHELL |
| 06:55:47 | *RFT | 18P14 Text:INQUIRY SNS,GUADAGNO,JOSHUA,,M,08211976,,,,X,X,X,X,,,,,,,,, |
| 06:56:10 | LOGM | 18P14 Message:041601251456003965 MessageType:Text Received:01/25/2016 06:55:51 Text:SAW HIT/GUADAGNO |
| 06:56:23 | LOGM | 18P14 Message:041601251456003966 MessageType:Text Received:01/25/2016 06:56:16 Text:WARR HIT/GUADAGNO |
| 06:56:36 | INV | 18P14 InvType:INVP Priority:1 Name:MITCHELL, WILLIAM DOB:09/03/1952 Age:63 Category:P |
| 06:56:51 | INV | 18P14 InvType:INVP Priority:1 Name:VONK, NALONI DOB:01/14/1977 Age:39 Category:P |
| 06:57:42 | INV | 18P14 InvType:INVP Priority:1 Name:ALBINI, ANTOINETTE DOB:03/29/1978 Age:37 Category:P |
| 06:57:57 | INV | 18P14 InvType:INVP Priority:1 Name:GUADAGNO, JOSHUA DOB:08/21/1976 Age:39 Category:P |
| 06:59:28 | *CHGLOC | 19P23 Location:19 Text:WITH FAMILY |
| 07:00:46 | BACKOS | 19D5 CalSgn:19D6 Location:DESERT VALLEY HOSP,VVC Operator:B6736 OperNames:RIOS,MARK,HE |
| 07:02:16 | *OK | 18P14 |
| 07:02:51 | *CLEAR | 18P14 |
| 07:03:16 | *BACKOS | 18P14 CalSgn:18S4 Operator:B7126 OperNames:WETMORE,JEFFREY,VC |
| 07:03:45 | ASSIST | 19D3 CalSgn:18R11 Location:DESERT VALLEY HOSP,VVC Operator:W0544 OperNames:WATERHOUSE,BRIAN,HE |
| 07:04:03 | CLOS | 19D3 Location:DESERT VALLE HOSP |
| 07:05:00 | *CLOS | 19P23 Location:19 Text:WITH FAMILY |
| 07:06:31 | ASSIST | 60H9 CalSgn:19D6 Location:DESERT VALLEY HOSP,VVC Operator:C8458 OperNames:GOODWIN,MARC,SP |
| 07:06:45 | ASSIST | 60H10 CalSgn:19D6 Location:DESERT VALLEY HOSP,VVC Operator:C9256 |

CONFIDENTIAL DOCUMENT                                                COSB 000013

| Time | Event | Details |
|---|---|---|
| | | OperNames:SMITH,RYAN,BA |
| 07:06:45 | ASSIST | 60H11 CalSgn:19D6 Location:DESERT VALLEY HOSP,VVC Operator:D8567 OperNames:GREEN,MARK,SP |
| 07:06:45 | ASSIST | 60H12 CalSgn:19D6 Location:DESERT VALLEY HOSP,VVC Operator:B5841 OperNames:CHAMBERS,BRIAN,SB |
| 07:06:45 | ASSIST | 60S3 CalSgn:19D6 Location:DESERT VALLEY HOSP,VVC Operator:R2591 OperNames:RADELEFF,JASON,MB |
| 07:06:50 | CHGLOC | 19D3 19D5 19D6 19P21 19P23 19S4 60H9 60H10 60H11 60H12 |
| 07:06:50 | CHGLOC | 60S3 |
| 07:07:22 | ONSCN | 19P21 19P23 |
| 07:07:35 | CLOS | 19D3 Location:DESERT VALLEY HOSP,VVC |
| 07:07:56 | CLOS | 19P23 Location:DESERT VALLEY HOSP,VVC |
| 07:08:46 | ONSCN | 19S4 |
| 07:11:02 | PRMPT | 18R12 |
| 07:13:00 | *OK | 18S4 |
| 07:13:54 | OK | 18P14 18S4 19P21 Contact:30 Text:VIA 21 |
| 07:13:59 | OK | 19S4 |
| 07:14:03 | OK | 19P23 |
| 07:14:12 | CONTCT | 19D3 Contact:60 |
| 07:19:24 | LOGM | 19P21 Message:0416012515190003988 MessageType:Text Received:01/25/2016 07:18:44 Text:LOG OFF UNIT |
| 07:19:39 | SCDOFF | 19P21 |
| 07:20:25 | MISC | Text:LAST LOGGED INFO IS NOT REALTED TO THE CALL IS PATROL INFO FROM 19P21 |
| 07:20:31 | ASSIST | 42A31 CalSgn:60H9 Operator:A4959 OperNames:HILL,SHERRI,SID |
| 07:20:36 | PRMPT | 19P21 |
| 07:27:28 | *RFT | 18P14 Text:INQUIRY TTGTA,APL1,STOLEN,Y,22J2528,CA,1HD1BMY16YY012684, 01,2000,HD,MC,BLUE,,VEH TAKEN DURING 212.5PC,WILLIAM MITCHELL,8831 ELEVENTH AVE,HESPERIA,CA,92345,7609276038,,191600589 |
| 07:28:35 | *ASSIST | 19P21 CalSgn:19P23 Location:DESERT VALLEY HOSP,VVC Operator:F7789 F5124 OperNames:DRAKE,MICHELLE,ADC THURMAN,SHAWN,HE |
| 07:31:02 | CLOS | 19P23 Location:19 |
| 07:32:26 | CONTCT | 19S4 Contact:30 |
| 07:36:10 | CONTCT | 19P23 Contact:30 |
| 07:41:03 | *ONSCN | 19P21 |
| 07:41:59 | *MISC | 19P21 Text:ONSCN @0549 WITH 19S4 |
| 07:44:41 | *MISC | 19P21 Text:8919-NO CONTACT, 8928-CONTACT, 8938 -CONTACT, 8910 NO CONTACT, 8888 NO CONTACT, 8864 NO CONTACT, 8821 CONTACT |
| 07:45:15 | CONTCT | 18P14 18S4 Contact:45 |
| 07:51:49 | CLOS | 19P21 |
| 07:51:55 | OK | 19P21 Contact:30 Text:VIA 21 |
| 07:53:21 | CONTCT | 18P13 Contact:45 |
| 07:55:17 | *OK | 18P14 |
| 07:56:42 | CLOS | 18R11 Location:DESERT VALLEY HOSP,VVC |
| 07:56:53 | OK | 18R11 Contact:45 Text:VIA 21 |
| 08:04:40 | CONTCT | 19S4 Contact:60 |
| 08:06:29 | CONTCT | 19P23 Contact:45 |
| 08:12:39 | ASSIST | 60H6 CalSgn:60H12 Operator:C9502 OperNames:GILES,JUSTIN,BB |
| 08:12:45 | CONTCT | 18P14 Contact:45 |
| 08:14:24 | CONTCT | 19D3 Contact:60 |
| 08:18:57 | MISC | Text:STEPHEN SCHENCK SISTER/ADRIAN SCHENCK REQ 21 @ 702/420-8106, SYS FRIEND TOLD HER DEP LOOKING FOR HER BRO ON GREEN TREE AROUND 0300 THIS MORNING, |
| 08:20:08 | DISPER | 40K6 Operator:F3001 E0416 D8577 OperNames:CONNER,RYAN,AV ELLS,JAMES,AV MEJIA,CHRISTOPHER,VV |

| Time | Event | Details |
|---|---|---|
| 08:21:35 | ONSCN | 40K6 |
| 08:21:59 | ONSCN | 40K6 |
| 08:23:29 | ONSCN | 19D6 |
| 08:24:39 | CLOS | 19D5 Location:19 Text:PER D6 ON SEARCH WARRANT |
| 08:24:45 | CONTCT | 19D5 Contact:00 |
| 08:25:02 | PRMPT | 40K6 |
| 08:25:14 | CLOS | 19D5 Location:COURTHOUSE Text:FOR SW FOR BOTH RESIDENCES ON 8831 & 8899 11TH |
| 08:27:22 | CONTCT | 19P21 Contact:45 |
| 08:28:45 | CONTCT | 19D6 Contact:45 |
| 08:31:50 | CONTCT | 18S4 19D5 Contact:45 |
| 08:32:55 | *CHGLOC | 18S4 Location:AV 19 |
| 08:33:00 | *CLEAR | 18P13 |
| 08:37:24 | ASSIST | 42A5 CalSgn:42A31 Operator:F5307 OperNames:RUSS,MICHAEL,SID |
| 08:37:43 | ASSIST | 42A35 CalSgn:42A31 Operator:G1941 OperNames:RADELEFF,HEATHERLY,SID |
| 08:37:50 | PRMPT | 42A5 42A31 |
| 08:37:53 | PRMPT | 42A35 |
| 08:38:11 | REDIR | Group:APC-->HE Jur:AP-->HE |
| 08:39:44 | ASSIST | 42A31 CalSgn:60H6 Operator:A4959 OperNames:HILL,SHERRI,SID |
| 08:42:38 | CONTCT | 18R11 Contact:45 |
| 08:43:26 | CLOS | 19D3 Location:19 |
| 08:43:33 | CONTCT | 19D3 Contact:00 |
| 08:55:36 | MISC | 19D5 Text:THE SEARCH WARR IS SIGNED FOR BOTH LOCATIONS |
| 08:55:44 | CHGLOC | 19D5 Location:19 |
| 08:57:27 | MISC | Text:ADRIANE SCHENCK ASKING FOR 21 CTC @702/420-8106 REF HER BROTHER |
| 08:58:04 | *ONSCN | 18S4 |
| 08:59:15 | *CLEAR | 18S4 |
| 09:00:46 | MISC | Text:19S4 COPIED INFO ON SUP OTA |
| 09:01:15 | CONTCT | 18R11 18P14 19D6 19P21 19S4 Contact:00 |
| 09:03:24 | CONTCT | 19D3 19P23 Contact:00 Text:PER P23 |
| 09:04:54 | CLOS | 60H11 Text:AT THE SCENE ALL OTHER ON SCENE THE STATION |
| 09:05:24 | CLOS | 60H9 Location:AT THE HOSPITAL Text:PER H11 |
| 09:05:31 | CONTCT | 60H9 Contact:00 |
| 09:06:18 | CLOS | 60H10 60H12 60S3 Location:19 |
| 09:06:18 | PLATE | 60H10 60H12 60S3 Plate:PER |
| 09:06:18 | PLATE | 60H10 60H12 60S3 Plate:HAA |
| 09:06:19 | RFT | 60S3 Plate:HAA / / /2016 |
| 09:06:19 | RFT | 60S3 Text:INQUIRY CADQ,,,,,,,,,,,,,,HAA,2016,,,,,,,, |
| 09:06:19 | RFT | 60S3 Plate:PER / / /2016 |
| 09:06:19 | RFT | 60S3 Text:INQUIRY CADQ,,,,,,,,,,,,,,PER,2016,,,,,,,, |
| 09:06:29 | CONTCT | 60H10 60H12 60S3 Contact:00 |
| 09:07:17 | CHGLOC | 60H6 Text:ER AP STATION 10 OR SO |
| 09:07:28 | ASSIST | 60H3 CalSgn:19D6 Operator:D3398 OperNames:SALSBERRY,ADAM,SP |
| 09:08:51 | CHGLOC | 60H6 Location:19 |
| 09:11:47 | CONTCT | 60H11 Contact:00 Text:VIA 21 |
| 09:22:59 | XREF | Service:P Inc#:#HE160250029 Type:VEHCK Jur:HE |
| 09:26:16 | ONSCN | 19D5 |
| 09:27:48 | ONSCN | 60H3 |
| 09:35:44 | CONTCT | 19D5 Contact:00 Text:AT THE STATION |
| 09:35:58 | CONTCT | 60H3 Contact:00 Text:AT THE SCNENE |
| 09:39:41 | CLOS | 19D6 Location:SULTANA 20 |
| 09:41:37 | MISC | 19D6 Text:SAME SHOE TRACKS AS TH INC LOCATION 20 |
| 09:41:48 | XREF | Service:P Inc#:#HE160250029 Type:VEHCK Jur:HE |
| 09:43:14 | MISC | Text:UNABLE TO LEAVE VOICE MESSAGE FOR 42A31 MAIL BOX IS FULL |

CONFIDENTIAL DOCUMENT                          COSB 000015

```
09:45:41 *ASSIST    15R21 CalSgn:42A31 Operator:E3910 OperNames:LOPEZ,ALFREDO,SB
09:45:51 *ONSCN     15R21
09:47:24  PRMPT     15R21 Text:Preempted and dispatched to call #HE160250003
09:48:23 *CHGLOC    18P14 Location:AV 19
09:49:23  CLOS      19S4 Location:19 Text:ON THE CALL VIA 21
09:49:49  CONTCT    19S4 Contact:00
10:00:31  COMBIN    Service:P Inc#:#HE160250029 Type:VEHCK Jur:HE Text:PER 19D6 VIA 21
10:01:08  CLOS      19D6 Location:15212 SULTANA ST,HES
10:04:16  RFT       19D5 Text:INQUIRY CR-US-HS,036000,C,MARK RIOS,SCHNECK, STEPHEN,08/22/1968,,,,
                    ,,,,,,,,,,,,,
10:05:06 *CLEAR     18P14
10:05:24  RFT       19D5 Text:INQUIRY CR-US-HS,CA036000,C,MARK RIOS,SCHENCK, STEPHEN,08/
                    22/1968,,,,,,,,,,,,,,,,
10:06:40  RFT       19D5 Text:INQUIRY CR-US-HS,CA0036000,C,MARK RIOS,SCHENCK, STEPHEN,08/
                    22/1968,,,,,,,,,,,,,,,
10:20:30  ONSCN     42A31
10:20:34  CHGLOC    42A31 Location:15212 SULTANA ST,HES
10:23:00  ONSCN     42A31
10:23:05  CONTCT    42A31 Contact:00
10:25:14  CONTCT    19D6 Contact:00
10:39:38 *CLEAR     19S4
10:55:19 *MISC      19P21 Text:CIVIL LIABILITIES IS 97
11:05:48 *CHGLOC    18R11 Location:AP 19
11:17:23 *ASSIST    19P22 CalSgn:19D6 Location:15212 SULTANA ST,HES Operator:D4301
                    OperNames:LAFOND,SCOTT,HE
11:18:46  PRMPT     18R11
11:18:46 -PRIU      19D6
11:28:00  MISC      Text:MESSAGE LEFT ON UNIT CELL 60H6 FOR STATUS
11:32:52 *ONSCN     19P22
11:36:24  ONSCN     19D6
11:36:38  CHGLOC    19D6 Location:19
11:36:56  CLOS      19D6 Location:19 Text:VIA 21
11:38:32  CONTCT    19P22 Contact:00
11:42:04 *OK        19P22
12:04:40  CONTCT    19D6 Contact:00 Text:AT THE STATION
12:04:46  CONTCT    19P22 Contact:00
12:05:30  CONTCT    19P22 Contact:00 Text:VIA MDC C4
12:12:36  CONTCT    60H11 Contact:00 Text:STILL AT INC LOC
12:13:57  CLOS      60H3 60H6 60H10 60H12 60S3 Location:19 Text:VIA 21 H11
12:14:22  CONTCT    60H3 60H6 60H10 60H12 60S3 Contact:00
12:48:14 *RFT       19P22 Text:INQUIRY TTVLOC,19P22,LOCATE/RECOVERY,22J2528,CA,
                    1HD1BMY16YY012684,01,2000,HD,CYL,BLUE,,WILLIAM MITCHELL 760-552-1861,NOT
                    DAMAGED/STRIPPED/BURNED,191600589
12:54:30  PRMPT     19P22 Text:Preempted and dispatched to call #HE160250064
13:04:25  BACKOS    19P22 CalSgn:42A31 Location:15212 SULTANA ST,HES Operator:D4301
                    OperNames:LAFOND,SCOTT,HE
13:04:29  CONTCT    19P22
13:11:32  PRMPT     19P22 Text:Preempted and dispatched to call #HE160250067
13:19:57  CLOS      42A31 Location:8899 ELEVENTH AVE,HES
13:23:08  ONSCN     42A31
13:23:14  CONTCT    42A31 Contact:00
13:26:32  CLOS      60H6 Location:HESPERIA STATION,HES
13:29:26 *CLEAR     19P23
13:35:06  CONTCT    60H6 Contact:00 Text:AT THE STATION
14:46:25  RFT       19D6 Text:INQUIRY QL,CZT3414,,TX,,,,,,,,,
```

CONFIDENTIAL DOCUMENT       COSB 000016

| Time | Event | Details |
|---|---|---|
| 14:47:16 | LOGM | 19D6 Message:041601252247007332 MessageType:Text Received:01/25/2016 14:46:27 Text:PLT |
| 15:27:36 | LOGM | 19D6 Message:041601252327007608 MessageType:Text Received:01/25/2016 15:27:18 Text:05 TOYOTA |
| 17:15:51 | MISC | Text:21 DORIS SUTTON SISTER OF STEPHEN @760-628-9855 |
| 19:07:02 | SCDOFF | 19D3 |
| 19:07:04 | PRMPT | 19D3 |
| 19:13:41 | SCDOFF | 60H6 |
| 19:17:21 | SCDOFF | 19D6 |
| 19:17:23 | PRMPT | 19D6 |
| 19:17:23 | -PRIU | 19D5 |
| 19:20:02 | PRMPT | 60H6 |
| 19:35:53 | SCDOFF | 60H3 |
| 19:35:56 | PRMPT | 60H3 |
| 20:32:22 | *ASSIST | 19R11 CalSgn:19P21 Operator:D8559 F7780 OperNames:DONER,JESSE,HE BROWNE,KASSIE,WVDC |
| 20:40:31 | *ONSCN | 19R11 |
| 20:40:34 | *OK | 19R11 |
| 20:52:12 | *PRMPT | 19R11 Text:Preempted and dispatched to call #HE160250138 |
| 20:52:56 | *BACKOS | 19R11 CalSgn:19P21 Operator:D8559 F7780 OperNames:DONER,JESSE,HE BROWNE,KASSIE,WVDC |
| 20:53:12 | PRMPT | 19P21 |
| 20:58:39 | CONTCT | 19D5 19R11 42A31 60H9 60H10 60H11 60H12 60S3 Contact:00 |
| 22:55:42 | *BACKOS | 19P12 CalSgn:19R11 Operator:E6914 OperNames:WOMELSDORF,JONATHAN,HE |
| 23:27:21 | BACKOS | 42A80 CalSgn:42A31 Location:8899 ELEVENTH AVE,HES Operator:F9533 OperNames:FOSTER,TAYLOR,SID |
| 23:29:05 | SCDOFF | 19D5 |
| 23:29:07 | PRMPT | 19D5 |
| 23:29:07 | -PRIU | 60H9 |
| [01/26/2016] | | |
| 00:10:53 | *PRMPT | 19R11 Text:Preempted and dispatched to call #HE160250164 |
| 01:33:14 | *CLEAR | 19P12 |
| 01:33:19 | CLEAR | 60H10 Dispo:RTF DispoLevel:10 |
| 01:33:23 | PRMPT | 60H9 42A31 42A80 60H11 60H12 60S3 |
| 01:33:23 | -CLOSE | |
| [01/27/2016] | | |
| 17:26:46 | XREF | Service:P Inc#:#HE160270169 Type:AREACK Jur:HE |
| 17:26:59 | -PREMIS | Text:CE, PPR |
| [01/28/2016] | | |
| 01:24:05 | XREF | Service:P Inc#:#HE160280009 Type:SEARCH Jur:HE |
| 01:24:14 | -PREMIS | Text:CE, PPR |
| 07:07:54 | XREF | Service:P Inc#:#HE160270169 Type:GTAREC Jur:HE Text:ORIGINAL DR |
| 07:08:05 | -PREMIS | Text:CE, PPR |

CONTACT INFO:

| Inf/Name | Phone | InfAdd | RPCont | Language | HBD/HS | RPArmed |
|---|---|---|---|---|---|---|
| | 760/552-1861 | | | | | |
| ALBINI, ANTOINETTE | | | Yes | | | |
| | 442/600-1941 | | | | | |

CONFIDENTIAL DOCUMENT
COSB 000017