**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 16-2638 FMO (KKx) | Date | April 4, 2018 |
|---|---|---|---|
| Title | Amber Wallisa v. City of Hesparia, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

    Pursuant to the Court's Order of March 22, 2017, the parties were required to complete a settlement conference before the assigned magistrate judge no later than September 22, 2017. (See Dkt. 25, Court's Order of March 22, 2017, at 17). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.). Pursuant to the Court's Order of January 16, 2018, an extension of time to March 23, 2018 to complete the mandatory settlement conference was granted. (See Dkt. 48, at 2).

    As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **April 11, 2018**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Orders of March 22, 2017 and January 16, 2018. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |