# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

| | |
|---|---|
| Case No. ED**CV 16-02638-FMO (KKx)** | Date: **April 4, 2018** |
| Title: Amber Wallisa v. City of Hesparia, et al. | |

## DOCKET ENTRY

PRESENT: **HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

| <u>Deb Taylor</u> | <u>None</u> |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| None | None |

## PROCEEDINGS:     (IN CHAMBERS)

On March 19, 2018, Plaintiff Amber Wallisa ("Plaintiff") filed a Second Ex Parte Application for Production of Tangible Things in Possession of Riverside County Coroner ("Application"). ECF Docket No. ("Dkt.") 64. Specifically, Plaintiff sought to compel the Riverside County Coroner's Office, a non-party, to create and produce autopsy histology slides and conduct a DNA analysis of Decedent Stephen Schenck ("Decedent"). Id. On March 20, 2018, Defendants County of San Bernardino, Jonathan Flores, Spencer Wilt, and Kent Watson ("Defendants") filed an Opposition. Dkt. 65. On April 3, 2018, the Riverside County Coroner's Office filed an Opposition to the Application, Dkt. 68, and Defendants filed an Amended and Supplemental Opposition, Dkt. 69.

It appears the parties were engaged in productive meet and confer efforts with the Riverside County Coroner's Office and the parties are encouraged to continue such meet and confer efforts. In light of the Riverside County Coroner's Office's representation that there are in existence ten histology slides which may be viewed at the Riverside County Coroner's Office, Plaintiff shall file a Reply in support of the Application **on or before April 12, 2018**. Plaintiff shall include the following in her Reply: (a) specifically what additional slides, if any, and the nature of the DNA

MINUTES FORM 11

CIVIL-GEN

analysis Plaintiff seeks to have created; (b) whether, and on what basis, Plaintiff objects to paying the Riverside County Coroner's Office to create such slides or conduct DNA analysis; and (c) whether, and on what basis, Plaintiff objects to reviewing the currently existing histology slides at the Riverside County Coroner's facility in Riverside County.