# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV16-02638-FMO (KKx)**　　　　　　Date:　May 10, 2018

Title:　Amber Wallisa v. City of Hesparia, et al.

**DOCKET ENTRY**

PRESENT:　**HON. KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | None |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):　　　ATTORNEYS PRESENT FOR DEFENDANT(S):
　None　　　　　　　　　　　　　　　　　　　　　None

## PROCEEDINGS:　　(IN CHAMBERS)

The Court is in receipt of the parties' Stipulation for "Order Setting and Restricting Expert Depositions, Associated Protective Order, and Conditional Evidentiary and/or Cost Sanctions, and for Conditional Vacation-Rescission in Part of Order Awarding Monetary Sanctions Against Plaintiff/Plaintiff's Counsel."  ECF Docket No. 93. The Court is pleased to see the parties and counsel working together productively.  It does not appear there is any need for Court action at this time.  Hence, the Court declines to issue the proposed Order lodged with the parties' stipulation. Nevertheless, while the Court anticipates the parties will comply with their agreements, the Court will be available to consider any properly filed motions for relief if the need arises.

MINUTES FORM 11

CIVIL-GEN