JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER WALLISA, individually and as successor-in-interest to Decedent STEPHEN SCHENCK,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HESPERIA, a municipal corporation; COUNTY OF SAN BERNARDINO, a municipal corporation; TOWN OF APPLE VALLEY, a municipal corporation; JONATHAN FLORES, individually and his official capacity as a deputy Sheriff for the COUNTY OF SAN BERNARDINO Sheriff's Department; DOES 1-10, inclusive; individually and in their capacities as law enforcement agents and/or personnel for the COUNTY OF SAN BERNARDINO Sheriff's Department; DOES 11-20, inclusive; individually and in their capacities as law enforcement agents and/or personnel for the TOWN OF APPLE VALLEY Police Department; DOES 21-30, inclusive; individually and in their capacities as law enforcement agents and/or personnel for the CITY OF HESPERIA Police Department.<br><br>Defendants. | Case No. 5:16-cv-2638 FMO (KKx)<br>*[Hon. Fernando M. Olguin, Dist. Judge; Hon. Kenly K. Kato, M. Judge]*<br><br>**[PROPOSED] ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO DEPUTY DEFENDANTS AND VACATING TRIAL AND PRE-TRIAL CONFERENCE DATES AND ASSOCIATED DEADLINES RE PARTIES' NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Complaint Filed:   Dec. 27, 2016<br>Final Pre-Trial Conf.:   April 8, 2019<br>Trial Date:   April 23, 2019 |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice, the Court hereby Orders:

1. The Court hereby takes judicial notice of the fact that the parties have reached a conditional settlement of the entire action.

2. The Court hereby vacates the Trial date and the final Pre-Trial Conference date. There Court hereby vacates its Order dated March 25, 2019 [Dkt. Doc. 143] as being moot. To the extent there are any other Trial-related deadlines or requirements in this action, the parties are hereby excused from such and such are hereby vacated.

3. The Court hereby **dismisses with prejudice** plaintiff's claim for **Excessive Force** pursuant to 42 U.S.C. § 1983 in violation of the Fourth Amendment to the U.S. Constitution by plaintiff AMBER WALLISA against defendants JONATHAN FLORES, SPENCER WILT, and KENT WATSON [Second Claim for Relief] – in its entirety, and as to the Deputy Defendants.

4. The Court hereby **dismisses with prejudice** plaintiff's claim for **Wrongful Death** pursuant to 42 U.S.C. § 1983 in violation of the Fourth and Fourteenth Amendment to the U.S. Constitution by plaintiff AMBER WALLISA against defendants JONATHAN FLORES, SPENCER WILT, and KENT WATSON [Third Claim for Relief] – in its entirety, and as to the Deputy Defendants.

5. The Court hereby **dismisses with prejudice** plaintiff's claim for **Violations of Plaintiff's Civil Rights to Familial Relationship** pursuant to 42

U.S.C. § 1983 in violation of the Fourteenth Amendments to the U.S. Constitution by plaintiff AMBER WALLISA against defendants JONATHAN FLORES, SPENCER WILT, and KENT WATSON [Fourth Claim for Relief] – in its entirety, and as to the Deputy Defendants.

6. The Court hereby **dismisses with prejudice** plaintiff's claim for **Violations of Fourth Amendment – Failure to Render Medical Care/Denial of Medical Care** pursuant to 42 U.S.C. § 1983 in violation of the Fourth Amendment to the U.S. Constitution by plaintiff AMBER WALLISA against defendants JONATHAN FLORES, SPENCER WILT, and KENT WATSON [Sixth Claim for Relief] – in its entirety, and as to the Deputy Defendants.

7. The Court hereby **dismisses with prejudice** plaintiff's claim for **Wrongful Death - Negligence** pursuant to California law (including Cal. Gov. Code §§ 377.60 & 377.61) by plaintiff AMBER WALLISA against defendants JONATHAN FLORES, SPENCER WILT, and KENT WATSON [Seventh Claim for Relief] – as to the Deputy Defendants only.

8. The Court hereby **dismisses with prejudice** plaintiff's claim for **Violation of Decedent's Rights to Enjoy Civil Rights** pursuant to California Civil Code § 52.1 (**Bane Act**) by plaintiff AMBER WALLISA against defendants JONATHAN FLORES, SPENCER WILT, and KENT WATSON [Eighth Claim for Relief] – as to the Deputy Defendants only.

9. The Court hereby **dismisses with prejudice** plaintiff's claim for **Intentional Infliction of Emotional Distress –** Survival claim, pursuant to California law by plaintiff AMBER WALLISA against defendants JONATHAN FLORES, SPENCER WILT, and KENT WATSON [Ninth Claim for Relief] – as to the Deputy Defendants only.

10. The Court hereby **dismisses with prejudice** plaintiff's claim for **Assault and Battery** – Survival Claim, pursuant to California law (including Cal. Gov. Code § 820) by plaintiff AMBER WALLISA against defendants JONATHAN

3
**[PROPOSED] ORDER FOR PARTIAL DISMISSAL OF CLAIMS & VACATING TRIAL**

FLORES, SPENCER WILT, and KENT WATSON [<u>Tenth Claim for Relief</u>] – as to the Deputy Defendants only.

11. To the extent that plaintiff alleges any other claims against the Deputy Defendants in this action, plaintiff hereby stipulates (and the signatory parties stipulate) to dismiss with prejudice any and all such claims and causes of action. The Court hereby takes judicial notice of the fact that the parties have stipulated that defendant the County of San Bernardino shall remain a defendant in this action until the conditional settlement of the parties has been finalized and the parties request a further dismissal from this Court.

12. The Court hereby further orders that in the event that the aforementioned conditional settlement is not approved by the County of San Bernardino's Board of Supervisors, the parties have stipulated and the Court hereby orders that – notwithstanding any other/prior court order or stipulation – plaintiff shall be permitted to file an amended pleading withdrawing this stipulation and reinstating the Deputy Defendants as defendants in this action, and all of the formerly dismissed claims against such defendants as stated herein above shall be reinstated, so that this partial dismissal with prejudice shall be deemed set aside and vacated.

///
///
///

4
[~~PROPOSED~~] **ORDER FOR PARTIAL DISMISSAL OF CLAIMS & VACATING TRIAL**

13. Furthermore, the Court acknowledges the parties' agreement to mutually waive and release all costs, court fees, and attorneys' fees arising out of this litigation between these parties thereto as to the aforementioned dismissed claims.

14. The clerk shall administratively close the case pending submission of final approval of the settlement.

**IT IS SO ORDERED.**

DATED: April 2, 2019

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

By: _____/s/_____

Hon. Fernando M. Olguin,
UNITED STATES DISTRICT JUDGE